Joshua Ortel HATFIELD,
Petitioner–Appellant,

v.

Robert SMITH, Superintendent; Mike
Easley, Attorney General, North Carolina, Respondents–Appellees.

No. 00–7324.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

Joshua Ortel Hatfield, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Joshua Ortel Hatfield seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Hatfield's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *Hatfield v. Smith*, No. CA–199–196–2 (W.D.N.C. Aug. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*